IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BIGWHEAT TECHNOLOGY LLC,**<br>  Plaintiff,<br>v.<br><br>**THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>  Defendants. | Civil Action No. 1:22-cv-00044<br><br>Hon. Andrea R. Wood |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bigwheat Technology LLC ("Plaintiff") and Defendant ojp as identified on Schedule A ("ojp"), hereby stipulate and agree that all claims and counterclaims asserted between Plaintiff and ojp are voluntarily dismissed with prejudice.

| | |
|---|---|
| DATED: August 5, 2022 | Respectfully submitted, |

By: */s/ Hao Ni*
David R. Bennett
**DIRECTION IP LAW**
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com

Of Counsel:
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

*/s/Matthew De Preter* (with permission)
Matthew De Preter
Sofia Quezada

ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611
312-755-3153
cdepreter@agdglaw.com
squezada@agdglaw.com

*Counsel for Defendants/Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Hao Ni*
Hao Ni