**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Bigwheat Technology LLC, et al.

                                            Plaintiff,

v.                                                      Case No.: 1:22−cv−00044

                                                        Honorable Andrea R. Wood

The Partnerships And Unincorporated Associations
Identified On Schedule A,, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 1, 2022:

       MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/1/2022. For the reasons stated on the record, Plaintiff's agreed motion to vacate the preliminary injunction [58] is granted. The preliminary injunction entered 3/30/2022 [17] is vacated. Defendants' motion to dissolve preliminary injunction [31] is terminated as moot. By 12/1/2022, the parties shall file a joint status report setting forth: (1) the status of discovery and whether the parties are aware of any discovery disputes that they anticipate will require the Court's involvement; (2) the parties' current views regarding prospects for settlement; and (3) what matters the parties feel it would be helpful to discuss with the Court at the next telephonic status hearing. Telephonic status hearing set for 12/8/2022 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.